UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 04 2007
KENNETH S. GARDNER, CLERK
PS REP. - SJ

| | |
|---|---|
| **BETTIE PULLEN-WALKER** | ) |
| DEBTOR | ) CASE NO: 06 B 11623 |
| -V- | ) |
| JULIA BRANSON, ET AL | ) THE HONORABLE JUDGE: |
| | ) PAMELA B. HOLLIS |
| DEFENDANTS | ) |

*Respectfully Petition for Leave to File*
**AMENDMENT IN REPLY TO CREDITOR'S OPPOSITION BASED ON ERROR IN THE TRIAL COURT'S RULING FOR FINAL JUDGMENT, AND PURSUANT TO TILA 15 U.S.C.§ 1602(F)(aa), AND F.R.C.P. 12, 56**

C/o: Attorneys for the Defendants
Ann Addis Pantoga, et al
Tenney & Bentley
111 West Washington, Suite 1900
Chicago, Illinois 60605

Bettie Pullen-Walker, Pro-Se
745 East 84th Place (Unit 1 S)
Chicago, Illinois 60619
773/487-0084

### CERTIFICATION

I, THE UNDERSIGNED, Bettie Pullen-Walker, Pro-Se, hereby certify that on this 2nd day of May 2, 2007, I served a copy of this MOTION by hand delivery to the United States Bankruptcy Court and to the attorneys for defendants.

_____
**SIGNATURE CERTIFICATION**

May 2, 2007
**DATE**

