IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pullen-Walker, Bettie | Case Number: 06 B 11623 |
| | Judge: Hollis, Pamela S |
| Printed: 2/5/08 | Filed: 12/4/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 4, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,248.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,248.00 |
| Totals: | 2,248.00 | 2,248.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chatham Grove Condo Assn | Secured | 6,900.00 | 0.00 |
| 2. | Julia A Branson | Secured | 52,000.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 2,790.00 | 0.00 |
| 4. | Julia A Branson | Unsecured | 6,241.48 | 0.00 |
| 5. | Sallie Mae | Unsecured | 68,052.07 | 0.00 |
| 6. | James E Caldwell | Secured | | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Priority | | No Claim Filed |
| 8. | Internal Revenue Service | Priority | | No Claim Filed |
| 9. | Sallie Mae | Priority | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Priority | | No Claim Filed |
| 11. | State Farm Bank | Unsecured | | No Claim Filed |
| 12. | Northland Group Inc | Unsecured | | No Claim Filed |
| 13. | Kb Financial Services | Unsecured | | No Claim Filed |
| 14. | National Premium Finance Corp. | Unsecured | | No Claim Filed |
| 15. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 16. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 17. | Asset Acceptance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 135,983.55 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Pullen-Walker, Bettie | Case Number:  06 B 11623 |
| | Judge:  Hollis, Pamela S |
| Printed:  2/5/08 | Filed:  12/4/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _____